# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JOSHUA ROTH,<br><br>           Defendant. | **8:13CR217**<br><br>**ORDER** |

Defendant Joshua Roth appeared before the court on August 10, 2018 on a Petition for Offender Under Supervision [44]. The defendant was represented by Assistant Federal Public Defender Karen M. Shanahan and the United States was represented by Assistant U.S. Attorney Susan T. Lehr.

The government did not request detention, therefore, the defendant was not entitled to a preliminary examination. I find that the Petition alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

Due to the government not seeking detention, the defendant was released on current terms and conditions of supervision.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on October 4, 2018, at 10:00 a.m. The defendant must be present in person.

2. The defendant is released on current conditions of supervision.

Dated this 13th day of August, 2018.

                                                BY THE COURT:

                                                s/ Susan M. Bazis<br>
                                                United States Magistrate Judge